IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Van D. James** | | | |
| | Name: First | Middle | Last | |
| Debtor 2 | **Tammy James** | | | |
| (Spouse, if filing) | Name: First | Middle | Last | |
| Case number: | **19-01763** | | | |
| (If known) | | | | |

Check if this is an amended plan ☐
Amends plan dated: _____

# Chapter 13 Plan

## Part 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with local rules, administrative orders, and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies. Your failure to check a box that applies renders that provision ineffective.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the confirmation hearing, unless otherwise ordered. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is made. See Bankruptcy Rule 3015. In addition, a proper proof of claim must be filed in order to be paid under this plan.

The following matters may be of particular importance to you. Debtor(s) must check each box that applies. Debtor(s)' failure to check a box that applies renders that provision ineffective.

☐ The plan seeks to limit the amount of a secured claim, as set out in Part 3, § 3.2, which may result in a partial payment or no payment at all to the secured creditor.

☐ The plan requests the avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest as set out in Part 3, § 3.4.

☐ The plan sets out nonstandard provision(s) in Part 9.

## Part 2: Plan Payments and Length of Plan

**2.1** Debtor(s) will make regular payments to the trustee as follows:

**$300** per **Month** for **60** months

*Debtor(s) shall commence payments within thirty (30) days of the petition date.*

**2.2** Regular payments to the trustee will be made from future income in the following manner *(check all that apply):*

☐ Debtor(s) will make payments pursuant to a payroll deduction. Debtor(s) request a payroll deduction be issued to:

☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment)

**2.3** Income tax refunds and returns. *Check one.*

Chapter 13 Plan — Page 1

- ☐ Debtor(s) will retain any income tax refunds received during the plan term.
- ☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee income tax refunds received during the plan term, if any.
- ☑ Debtor(s) will treat income tax refunds as follows:  
  **Pursuant to Schedule I the Debtors are contributing their tax refunds on a monthly basis.**
- ☐ Debtor(s) believe they are not required to file income tax returns and do not expect to receive tax refunds during the plan term.

**2.4 Additional Payment** *Check all that apply.*
- ☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5 Adequate Protection Payments**

Any adequate protection payments shall be made as part of this plan; see Part 3 or Part 9 for details. The secured creditor must file a proof of claim in order to receive payment. Unless otherwise ordered, adequate protection payments through the trustee shall be made as funds are available after the proof of claim is properly filed.

## Part 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of defaults, if any, on long-term secured debts.** *Check one.*
- ☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2 Request for valuation of security, claim modification, and hearing on valuation.** *Check one.*
- ☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3 Secured claims excluded from 11 U.S.C. § 506 and fully secured claims.** *Check one.*
- ☐ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
- ☑ The claims listed below:
    1. were incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of Debtor(s), or
    2. were incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value, or
    3. are fully secured.

  These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed by the trustee as specified below. Unless otherwise ordered, the status and amount stated on a proof of claim or amended proof of claim controls over any contrary amount listed below as to the estimated amount of the creditor's total claim, but the interest rate is controlled by the plan.

  The holder of any claim listed below will retain the lien until the earlier of:

  (a) payment of the underlying debt determined under nonbankruptcy law, or

  (b) discharge under 11 U.S.C. § 1328(a), at which time the lien will terminate and be released by the creditor.

| Name of Creditor | Monthly Adequate Protection Payment | Estimated Amount of Creditor's Total Claim | Collateral | Value of Collateral | Interest Rate | Monthly Fixed Payment to Creditor | Monthly Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|
| Alabama Title Loans | $0.00 | $1,500.00 | 2004 Chevy 1500 230,5000 miles | $3,000.00 | 6.00% | $45.00 | 11/19 |
| Check Depot | $0.00 | $1,726.18 | 2003 Mercedes ML350 186,320 miles | $2,000.00 | 6.00% | $45.00 | 11/19 |

| Debtor | Van D. James<br>Tammy James | Case number | 19-01763 | Eff (01/01/2019) |
|---|---|---|---|---|

**3.4** Section 522(f) judicial lien and nonpossessory, nonpurchase-money ("Non-PPM") security interest avoidance. *Check all that apply.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** Surrender of collateral. *Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

## Part 4: Treatment of Fees and Priority Claims

**4.1** General

Trustee's fees will be paid in full. Except as set forth in § 4.5, allowed priority claims also will be paid in full, without interest.

**4.2** Chapter 13 case filing fee. *Check one.*

☑ Debtor(s) intend to pay the Chapter 13 case filing fee through the plan.
☐ Debtor(s) intend to pay the Chapter 13 case filing fee directly to the Clerk of Court.

**4.3** Attorney's fees.

The total fee requested by Debtor(s)' attorney is **$3,500.00**. The amount of the attorney fee paid prepetition is **$300.00**. The balance of the fee owed to Debtor(s)' attorney is **$3,200.00**, payable as follows (*check one*):

☑ **$560** at confirmation and **$280 for 3 months, then** **$190 per month** thereafter until paid in full, or
☐ in accordance with any applicable administrative order regarding fees entered in the division where the case is pending.

**4.4** Priority claims other than attorney's fees and domestic support obligations. *Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5** Domestic support obligations. *Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1** Nonpriority unsecured claims not separately classified.

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata.

**5.2** Percentage, Base, or Pot Plan. *Check one.*

☐ 100% Repayment Plan. This plan proposes to pay 100% of each allowed nonpriority unsecured claim.
☑ Percentage Plan. This plan proposes to pay __**48**__ % of each allowed nonpriority unsecured claim.
☐ Pot Plan. This plan proposes to pay $____, distributed pro rata to holders of allowed nonpriority unsecured claims.
☐ Base Plan. This plan proposes to pay $____ to the trustee (plus any tax refunds, lawsuit proceeds, or additional payments pursuant to §§ 2.3 and 2.4). Holders of allowed nonpriority unsecured claims will receive the funds remaining, if any, after disbursements have been made to all other creditors provided for in this plan

**5.3** Interest on allowed nonpriority unsecured claims not separately classified. *Check one.*
☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

**5.4** Maintenance of payments and cure of any default on long-term nonpriority unsecured claims. *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.4 need not be completed or reproduced.*

**5.5** Other separately classified nonpriority unsecured claims. *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.5 need not be completed or reproduced.*

## Part 6: Executory Contracts and Unexpired Leases

6.1 The executory contracts and unexpired leases listed below are assumed, will be treated as specified, and any defaults cured. *Check one.*

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

☑ **Assumed items.** Current installment payments will be disbursed either by the trustee or paid directly by Debtor(s), as specified below. Arrearage payments will be disbursed by the trustee. The final two columns include only payments disbursed by the trustee rather than by Debtor(s). Unless otherwise ordered, the amounts listed on a proof of claim or amended proof of claim control over any contrary amounts listed below as to the estimated amount of the current installment payment and arrearage.

| Name of Creditor | Description of Leased Property or Executory Contract | Lease Term | Current Installment Payment | Amount of Arrearage to be Paid | Monthly Fixed Payment to Creditor | Monthly Fixed Payment to Begin |
|---|---|---|---|---|---|---|
| Acceptance Now | Furniture | | $189.00<br>Disbursed by:<br>☐ Trustee<br>☑ Debtor(s)<br><br>To begin:<br>5/19 | $0.00 | N/A | N/A |

6.2 The executory contracts and unexpired leases listed below are rejected: *Check one.*

☐ **None.** *If "None" is checked, the rest of § 6.2 need not be completed or reproduced.*

☑ **Rejected items.**

| Name of Creditor | Description of Leased Property or Executory Contract |
|---|---|
| Cash-2-U Leasing | Magnavox TV |

## Part 7: Sequence of Payments

7.1 Unless otherwise ordered, the trustee will make the monthly payments required in Parts 3 through 6 in the sequence of payments set forth in the administrative order for the division in which this case is pending.

## Part 8: Vesting of Property of the Estate

8.1 Property of the estate will vest in Debtor(s) *(check one)*:

☑ Upon plan confirmation.

☐ Upon entry of Discharge

## Part 9: Nonstandard Plan Provisions

☑ **None.** *If "None" is checked, the rest of Part 9 need not be completed or reproduced.*

## Part 10: Signatures:

**Signature(s) of Debtor(s) required.**

**Signature(s) of Debtor(s)** *(required)*:

| Debtor | Van D. James | Case number | 19-01763 | Eff (01/01/2019) |
|---|---|---|---|---|
| | Tammy James | | | |

| X | /s/ Van D. James | Date | April 29, 2019 |
|---|---|---|---|
| | Van D. James | | |
| X | /s/ Tammy James | Date | April 29, 2019 |
| | Tammy James | | |

**Signature of Attorney for Debtor(s):**

| X | /s/ C. Taylor Crockett | Date | April 29, 2019 |
|---|---|---|---|

C. Taylor Crockett
2067 Columbiana Road
Birmingham, AL 35216
(205) 978-3550

Name/Address/Telephone/Attorney for Debtor(s):

By filing this document, Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) certif(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in this district's Local Form, other than any nonstandard provisions included in Part 9.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Chapter 13 Plan

Page 5 of 5

Best Case Bankruptcy

Case 19-01763-TOM13    Doc 17    Filed 04/29/19    Entered 04/29/19 14:45:41    Desc Main
Document    Page 5 of 9

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:                                    )
                                          )
Van D. James and                          )
Tammy James,                              )   Chapter 13
                                          )
                                          )   Case No. 19-01763-TOM
         Debtors.                         )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the Chapter 13 Standing Trustee, P.O. Box 10848, Birmingham, AL 35202, and on the attached Matrix by electronic filing and/or by placing a copy in the U.S. Mail first-class postage prepaid this the 29th day of April, 2019.

/s/ C. Taylor Crockett
C. Taylor Crockett
Attorney for Debtors

```
Label Matrix for local noticing          PRA Receivables Management, LLC         U. S. Bankruptcy Court
1126-2                                   PO Box 41021                            Robert S. Vance Federal Building
Case 19-01763-TOM13                      Norfolk, VA 23541-1021                  1800 5th Avenue North
NORTHERN DISTRICT OF ALABAMA                                                     Birmingham, AL 35203-2111
Birmingham
Mon Apr 29 14:13:29 CDT 2019

ASC/Compucred/Aspire                     AT&T U-Verse                            Acceptance Now
P.O. Box 105555                          c/o I C System                          5501 Headquarters
Atlanta, GA 30348-5555                   P.O. Box 64378                          Plano, TX 75024-5837
                                         Saint Paul, MN 55164-0378


Affirm                                   Affirm                                  Alabama Power Company
650 California St                        P.O. Box 720                            Attn: Bankruptcy
Fl 12                                    San Francisco, CA 94104-0720            P.O. Box 242, 4S1135
San Francisco, CA 94108-2716                                                     Birmingham, AL 35292-0001


Alabama Title Loans                      Always Money                            (p)TRITON MANAGEMENT GROUP
9137 Pkwy East                           1189 Center Point Pkwy                  P O BOX 241525
Birmingham, AL 35206-1508                Birmingham, AL 35215-6307               MONTGOMERY AL 36124-1525


AmSher                                   American Family Care Centers            BlueTrust Loan
4524 Southlake Pkwy                      MSC 10000020 BX 830810                  Hummingbird Funds, LLC
Suite 15                                 Birmingham, AL 35283                    P.O. Box 1754
Hoover, AL 35244-3271                                                            Hayward, WI 54843-1754


CB Indigo/GF                             Capital One                             Cash-2-U Leasing
P.O. Box 4499                            P.O. Box 30285                          117 South Crest Drive
Beaverton, OR 97076-4499                 Salt Lake City, UT 84130-0285           Suite 102
                                                                                 Birmingham, AL 35209-4726


CashMart, Inc.                           Cerastes, LLC                           Check 'n Go
9537 Parkway East                        C/O Weinstein & Riley, P.S.             Headquarters
Birmingham, AL 35215-8319                2001 Western Ave., Ste. 400             7755 Montgomery Rd, Ste 400
                                         Seattle, WA 98121-3132                  Cincinnati, OH 45236-4197


(p)CHECK DEPOT CORPORATE OFFICE          Check into Cash                         Colony/Through Country Door
ATTN WANDA WALKER                        P.O. Box 550                            1112 7th Ave
211 SUMMIT PKWY                          Cleveland, TN 37364-0550                Monroe, WI 53566-1364
SUITE 116
BIRMINGHAM AL 35209-4742


Compass Bank                             Country Door                            Credit One Bank
P.O. Box 10566                           1515 S 21st ST                          P.O. Box 98875
Birmingham, AL 35282-0001                Clinton, IA 52732-6676                  Las Vegas, NV 89193-8875


Credit Systems International             Creek Casino Wetumpka                   ECMC
1277 Country Club Lane                   c/o Trident Asset Management            P.O. Box 16408
Fort Worth, TX 76112-2304                P.O. Box 888424                         Saint Paul, MN 55116-0408
                                         Atlanta, GA 30356-0424
```

| | | |
|---|---|---|
| EZ Money<br>6816 1st Avenue North<br>Birmingham, AL 35206-5017 | Fingerhut/Webbank<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First City Mortgage<br>1808 3rd Avenue North<br>Birmingham, AL 35203-3102 |
| (p)GLOBAL PAYMENTS CHECK SERVICES<br>10705 RED RUN BLVD<br>OWINGS MILLS MD 21117-5134 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Seventh Avenue<br>1515 S 21st ST<br>Monroe, WI 53566-1364 | Speedy Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 | (p)SPOTLOAN<br>PO BOX 927<br>PALATINE IL 60078-0927 |
| U.S. Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue N<br>Birmingham, AL 35203-2101 | United Student Aid Funds, Inc.<br>P.O. Box 8961<br>Madison, WI 53708-8961 | Verizon Wireless<br>P.O. Box 650051<br>Dallas, TX 75265-0051 |
| (p)CHAPTER 13 STANDING TRUSTEE<br>ATTN BRADFORD W CARAWAY<br>PO BOX 10848<br>BIRMINGHAM AL 35202-0848 | C Taylor Crockett<br>2067 Columbiana Road<br>Birmingham, AL 35216-2139 | Tammy James<br>224 Glynn Drive<br>Birmingham, AL 35215-7618 |
| Van D James<br>224 Glynn Drive<br>Birmingham, AL 35215-7618 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Always Money<br>P.O. Box 241525<br>Montgomery, AL 36124 | Check Depot<br>211 Summit Pkwy. #116<br>Birmingham, AL 35209 | Global Payments Check Services<br>P.O. Box 661158<br>Chicago, IL 60666 |
| Spotloan<br>c/o Blue Chip Financial<br>P.O. Box 720<br>Belcourt, ND 58316 | Bradford W. Caraway<br>Chapter 13 Standing Trustee<br>P O Box 10848<br>Birmingham, AL 35202-0848 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PRA Receivables Management, LLC      End of Label Matrix
PO Box 41021                             Mailable recipients    45
Norfolk, VA 23541-1021                   Bypassed recipients     1
                                         Total                  46
```